**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Travis Dean RENDON, Defendant-**
**Appellant**

No. 16-11729
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed October 18, 2017

---

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Travis Dean Rendon, Pro Se

Before KING, ELROD, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Travis Dean Rendon has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Rendon has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.